IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02708-WYD-KLM

USA,

    Plaintiff,

v.

NANCY D. BERRYMAN,
THE TEMPLE OF THE UNVEILED GOD, and
THE OFFICE OF THE OVERSEER OF DEDICATION TO ENLIGHTENMENT, and her successors, a corporation sole,

    Defendants.

_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Nancy D. Berryman's "Take Judicial Notice Petition to Correct & Amend Court Jurisdiction and Venue Fraud Upon the Court"** [Docket No. 18; Filed December 28, 2011], filed by the Clerk's Office as a Motion.

    IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** pursuant to D.C.COLO.LCivR 7.1A. and 7.1H. Although Defendant Berryman proceeds *pro se*, she is obligated to comply with the federal and local rules that govern all litigants proceeding in this District. *See Nielson v. Price*, 17 F.3d 1276, 1277 (10th Cir. 1994). The Court directs Defendant Berryman to the information (including access to the federal and local rules) available on the District's website at:
        http://www.cod.uscourts.gov/RepresentingYourself.aspx

    Any future motion filed by Defendant Berryman must comply with federal and local rules, including the duty to confer pursuant to D.C.COLO.LCivR 7.1A. Defendant Berryman must also state a clear request for relief in any future motion, and must provide coherent factual allegations and relevant legal authority in support of her request.

    The Court notes that subject matter jurisdiction over this lawsuit is proper pursuant to 28 U.S.C. § 1331 (governing federal question jurisdiction) and 26 U.S.C. § 7403 (providing the authority to the United States to file a civil action to enforce a tax lien).

    Dated: December 29, 2011