IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02708-WYD-KLM

USA,

    Plaintiff,

v.

NANCY D. BERRYMAN,
THE TEMPLE OF THE UNVEILED GOD, and
THE OFFICE OF THE OVERSEER OF DEDICATION TO ENLIGHTENMENT, and her successors, a corporation sole,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Motion for Leave to Permit Nancy Dell Berryman, Pro Se, Representing All Defendants to Appear Telephonically at February 15, 2012 Scheduling Conference** [Docket No. 32; Filed February 9, 2012] (the "Motion"). As an initial matter, the Court notes that Defendant Berryman may only represent herself in this proceeding, and may not represent the two entity Defendants. It is a "long-standing rule that [an entity] must be represented by an attorney to appear in federal court," *Tal v. Hogan*, 453 F.3d 1244, 1254 (10th Cir. 2006) (footnote and citations omitted), and an entity cannot appear through a non-attorney business officer appearing *pro se*. *Harrison v. Wahatoyas, LLC,* 253 F.3d 552, 556 (10th Cir. 2001). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED IN PART**. Defendant Berryman, representing herself only, may appear by telephone at the Scheduling Conference set for February 15, 2012, at 10:00 a.m. Defendant Berryman and counsel for Plaintiff must first conference together and then call Chambers on a single line at (303) 335-2770 at the designated time.

    Dated: February 10, 2012