IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02708-WYD-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NANCY D. BERRYMAN,
THE TEMPLE OF THE UNVEILED GOD, and
THE OFFICE OF THE OVERSEER OF DEDICATION TO ENLIGHTENMENT, and her successors, a corporation sole,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Nancy Berryman's ("Berryman") **Renewed and Extended Objection to, and Request to the Court to Deny United States' Renewed Motion for Summary Judgment Against Nancy D. Berryman Per Magistrate Judge's Granted Extension of Time Until or Before January 6th, 2014** [#95] (the "Motion"). Having reviewed the Motion, the Court finds that it is intended by Defendant Berryman, who proceeds as a pro se litigant in this matter, to be her Response to Plaintiff's Renewed Motion for Summary Judgment Against Nancy D. Berryman. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#95] is **DENIED as moot**. The Court accepts the Motion as Defendant Berryman's Response to Plaintiff's Renewed Motion for Summary Judgment Against Nancy D. Berryman. Plaintiff shall timely file a Reply to the Response.

    Dated: January 8, 2014