IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     11-cv-02708-WYD-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NANCY D. BERRYMAN;
THE TEMPLE OF THE UNVEILED GOD;
THE OFFICE OF THE OVERSEER OF DEDICATION TO ENLIGHTENMENT; and
HER SUCCESSORS, A CORPORATION SOLE,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

The United States' Motion for Corrected Final Judgment Under Rule 60(a) (ECF No. 111) is **STRICKEN** from the record with leave to refile for failure to comply with D.C.COLO.LCivR 7.1.

    Dated:   March 3, 2015.