IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   11-cv-02708-WYD-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NANCY D. BERRYMAN;
THE TEMPLE OF THE UNVEILED GOD;
THE OFFICE OF THE OVERSEER OF DEDICATION TO ENLIGHTENMENT; and
HER SUCCESSORS, A CORPORATION SOLE,

    Defendants.

---

**ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR CORRECTED FINAL JUDGMENT UNDER RULE 60(a)**

---

THIS MATTER comes before the Court on the United States' Unopposed Motion for a Corrected Final Judgment Pursuant to Federal Rule of Civil Procedure 60(a) [ECF No. 111], filed March 16, 2015.  For good cause shown, it is hereby

ORDERED that the United States' Unopposed Motion for a Corrected Final Judgment Pursuant to Federal Rule of Civil Procedure 60(a) [ECF No. 111], filed March 16, 2015, is **GRANTED.**  It is further

ORDERED that the Clerk should correct the final judgment [ECF No. 107], so that it includes both the judgment against Defendant Berryman for the tax years 1999, 2001, 2002, 2003, 2004, 2005, and 2006, in the amount of $142,595.58, plus other statutory additions from October 1, 2012, in accordance with 28 U.S.C. § 1961(c)(1) and

26 U.S.C. § 6621, until judgment is paid in full (ECF No. 77, p. 16), and the judgment against Defendant Berryman for the tax year 1997 in the amount of $395,136.63 as of December 2, 2013, plus other statutory additions from December 2, 2013, in accordance with 28 U.S.C. § 1961(c)(1) and 26 U.S.C. § 6621, until judgment is paid in full. (ECF No. 106, p. 8).

Dated:  March 18, 2015

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE